ANNIE BERGOFFEN, Appellant, v. HERMAN COHEN and Others, Respondents.— Motion to dismiss appeal denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

HERMAN COHEN, Respondent, v. ANNIE BERGOFFEN and Others, Appellants.— Motion to dismiss appeal denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

HENRY DAVIDSON, Appellant, Respondent, v. STEPHEN BULKLEY, etc., and Others, Appellants.— Motion for order directing the referee to pay costs and allowances to plaintiff denied. Stay continued pending appeal. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

HENRY DAVIDSON, Appellant, Respondent, v. STEPHEN BULKLEY, etc., and Others, Appellants.— Motion for substitution of attorney granted upon plaintiff's giving an undertaking in the sum of $5,000 to secure any amount which may be found to be due the plaintiff's attorney. Matter referred to Hon. Isaac N. Mills, as official referee, to determine the amount due the present attorney, and report thereon, with his opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ. Settle order on notice.

JACOB FEINGOLD, Respondent, v. HERMAN FEINGOLD, Appellant.— Motion to dismiss appeal denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

MARY F. FLANIGAN, Individually and as Executrix, etc., of JAMES McMAHON, Deceased, and Others, Appellants, v. AGNES I. MAILLIE and Another, Respondents.— Motion for reargument of motion to dismiss appeal denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

GRANITE SPRINGS ESTATES, INC., Appellant, v. LESTER B. FLEWELLIN and Others, Respondents.— Motion to dismiss appeal denied, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

In the Matter of the Petition to Set Aside the Election of CATHERINE F. FARRELL and Others, as Alleged Directors of the Brooklyn City Savings and Loan Association.— Motion for stay pending appeal to the Court of Appeals granted. Present — Jaycox, Manning, Young and Kapper, JJ. Settle order on notice.

In the Matter of Proving the Last Will and Testament of JOHN JOSEPH O'NEIL, Deceased, etc.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

In the Matter of the Petition of the PEOPLE'S TRUST COMPANY, as Substituted Trustee, etc., of KATE CORINNE BALDWIN, under the Last Will and Testament of ORAN S. BALDWIN, Deceased.— Motion for reargument denied, without costs. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

In the Matter of the Application of the WESTCHESTER ELECTRIC RAILROAD COMPANY, Respondent, for an Order of Mandamus against the CITY OF MOUNT VERNON and Others, Appellants.— Motion to resettle order denied. Motion for leave to appeal to the Court of Appeals denied. Stay continued for ten days to enable appellants to apply to the Court of Appeals. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ARNOLD LEVIEN, Appellant, v. WINFIELD S. McDOUGALL and Others, as

Executors, etc., Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

FRANCES PATRONE and Another, as Administrators, etc., of NICHOLAS PATRONE, Deceased, Respondents, v. M. P. HOWLETT, INC., Appellant.— Motion to add case to the June term calendar denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ESTHER R. POLISIUK and Another, Respondents, v. JOSEPH H. MAYERS and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

JOHN SCHROLL, Appellant, v. ERNEST M. FREELAND, Respondent.— Motion to dismiss appeal granted. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

SYDNEY A. SYME, Respondent, v. JAMES J. BYRNE, Appellant. WILLIAM O. HOBBY, Respondent.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

MABEL G. TAPLEY, as Administratrix, etc., of HERBERT F. TAPLEY, Deceased, Respondent, v. NEW YORK DOCK COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay of thirty days granted to permit application to the Court of Appeals. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

DE LAND A. VANDERWERKEN, Appellant, v. JOHN POLACHEK, Respondent.— Motion for reargument denied. The answer alleges no facts by way of defense, which entitle the plaintiff to a bill of particulars. (London Produce Co., Inc., v. Poels & Brewster, Inc., 199 App. Div. 623.) Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

LILLIAN R. WELLS, Appellant, v. JOSEPH PARASCONDOLA, Respondent.— Motion to add case to the June term calendar denied. Present — Kelly, P. J., Jaycox, Manning and Young, JJ.

JAMES F. D. COCHENOUR, as Administrator, etc., of WILLIAM DAVIE COCHENOUR, Deceased, Respondent, v. GEORGE H. JACKSON, Appellant.— Judgment and order affirmed, with costs. No opinion. Manning, Kelby, Young and Kapper, JJ., concur; Kelly, P. J., dissents upon the ground that the verdict is contrary to the evidence.

FRANK DONNELLY, Respondent, v. STATEN ISLAND SHIPBUILDING COMPANY, Appellant.— Order in so far as appealed from modified by denying the motion to strike out the fifth and ninth defenses, and as so modified affirmed, without costs. The complaint seeks to piece out a common-law action with the aid of such provisions of the Employers' Liability Act* as constituted under the common law the negligence of a fellow-servant. This cannot be done. (Collelli v. Turner, 215 N. Y. 675.) We cannot say from the complaint whether plaintiff relies upon

* See Employers' Liability Law (Consol. Laws, chap. 74; Laws of 1921, chap. 121), § 2 et seq.— [REP.